IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FILED
DEC 1 2 2005
J. T. NOBLIN, CLERK
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.                                              CRIMINAL NO. 5:05CR1DCBJCS

ROBERT EARL STEWART

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismiss Counts 2-6, 8 and 9 *SGM* of the Criminal Indictment against ROBERT EARL STEWART without prejudice.

DUNN LAMPTON
United States Attorney

By: /s/ Sandra G. Moses

SANDRA G. MOSES
Assistant United States Attorney
GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 5th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE