```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

UNITED STATES OF AMERICA

V.                                    CRIMINAL NO. 5:05cr1DCB-JCS

ROBERT EARL STEWART

## ORDER FINALIZING FORFEITURE

UPON the application of the United States and upon the representation that, with respect to the need for a third-party ancillary proceeding as to the property forfeited by the Agreed Preliminary Order of Forfeiture [Ct. R., Doc. 16], the following property has been administratively forfeited with notice of the seizure and intent to forfeit having been published and sent to each party appearing to have an interest in the property through the administrative process and no one having filed a claim to the property as provided by the notice:

It is, therefore, ORDERED AND ADJUDGED as follows:

1. The forfeiture of the following:

### PERSONAL PROPERTY

(1) One Smith & Wesson revolver, Model 662, .357 caliber, serial number 128K816
    (05-DEA-448761);

(2) One Iver Johnson revolver, Model 55-5A, .22 caliber, serial number H90614
    (05-DEA-448718);

(3) One Charter Arms revolver, .38 caliber, serial number 1032874 (05-DEA-448718);

(4) One David Industries derringer, Model D9, 9mm, serial number D134438 (05-DEA-448718);

    (5)    One Inter Arms revolver, .357 caliber, serial number F068506 (05-DEA-448718);

    (6)    One Pistol Magazine and eight 9 mm rounds contained therein (05-DEA-448718);

    (7)    Six rounds of .357 caliber ammunition contained within the Smith and Wesson revolver, Model 662, .357 caliber, serial number 128K816 (05-DEA-448718);

    (8)    Five rounds of .38 caliber ammunition contained with the Charter Arms revolver, .38 caliber, serial number 1032874 (05-DEA-448718); and

    (9)    Five rounds of .357 caliber ammunition contained within the Inter Arms revolver, .357 caliber, serial number F068506 (05-DEA-448718).

as ordered by the Agreed Preliminary Order of Forfeiture (Ct. R., Doc. 16) signed by Robert Earl Stewart and his attorney, entered on December 8, 2005, is confirmed.

    2. The requirement of commencing or completing the ancillary proceeding as required by the Agreed Preliminary Order of Forfeiture is hereby canceled; the Agreed Preliminary Order is made a final order of forfeiture for all purposes; and the clerk is authorized to close the forfeiture segment of this case.

    3. The above property shall be disposed of by the appropriate federal agency in accordance with law and regulations.

    SO ORDERED this 5th day of October, 2006.

    S/DAVID BRAMLETTE
    UNITED STATES DISTRICT JUDGE