```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION


UNITED STATES OF AMERICA                            RESPONDENT

VERSUS                        CIVIL ACTION NO. 5:06cv141DCB
                              CRIMINAL ACTION NO. 5:05cr1DCB-JCS

ROBERT EARL STEWART                                 PETITIONER
```

## FINAL JUDGMENT

This matter comes before the Court on Petitioner Robert Earl Stewart's Motion to Vacate Under 28 U.S.C. § 2255 [**criminal docket entry no. 23; civil docket entry no. 1**].  The Court denied said motion in a Memorandum Opinion and Order of even date herewith.  Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this 28 U.S.C. § 2255 action is **DISMISSED WITH PREJUDICE.**

SO ORDERED AND ADJUDGED, this the  28th  day of February , 2007.

```
                         s/David Bramlette
                    UNITED STATES DISTRICT JUDGE
```