IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                              CRIMINAL NO.5:05CR1-DCB-JCS-001

ROBERT EARL STEWART

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4).  The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants.  The parties agree that a sentencing reduction is appropriate in this case.  The Court concurs, and hereby ORDERS as follows:

(1)     The sentence on Count 1 is reduced from 151 months to 121 months;

(2)     The concurrent sentence of 120 months on Count 7 will remain the same.

(3)     All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the   23rd   day of     April    , 2008.

                                                          s/ David Bramlette
                                                  UNITED STATES DISTRICT COURT JUDGE

AGREED:

*/s/ Sandra G. Moses*                              */s/ George L. Lucas*
ASSISTANT U.S. ATTORNEY              DEFENSE COUNSEL